# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0559
Lower Tribunal No. 22-CF-1921

_____

STEVEN KENNETH KAISER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Charlotte County.
Lisa S. Porter, Judge.

April 2, 2026

PER CURIAM.

AFFIRMED. *See Knox v. State*, 296 So. 3d 989, 993 (Fla. 1st DCA 2020) ("A trial court's ruling on a motion to suppress is presumed correct, and we must interpret the evidence and reasonable inferences derived therefrom in a manner most favorable to sustaining the trial court's ruling. It is for the trial court to make credibility determinations and to weigh the evidence." (citing *State v. Dickey*, 203 So. 3d 958, 961 (Fla. 1st DCA 2016))); *Avalos v. State*, 419 So. 3d 299, 300 (Fla. 6th DCA 2025) ("From our review, the record demonstrates beyond a reasonable

doubt that a rational jury would have found the requisite facts for imposing a habitual felony offender designation and that, therefore, any error is harmless.").

TRAVER, C.J., and MIZE and PRATT, JJ., concur.

Blair Allen, Public Defender, and Pamela H. Izakowitz, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Helene S. Parnes, Manager II Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED